# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | | | |
|---|---|---|---|
| Case No. | CR 22-00603-DSF | Date | June 10, 2024 |

| | |
|---|---|
| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
| Interpreter | N/A |

| Patricia Kim | Pat Cuneo | Amanda B. Elbogen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andre Morrow Lackner | √ | √ | | Lisa S. LaBarre, DFPD | √ | √ | |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary   ☐ Contested

| | |
|---|---|
| √ | Refer to separate Judgment & Probation/Commitment Order. |
| __ | The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information. |
| √ | Defendant informed of right to appeal. |
| __ | Bond exonerated on surrender. |
| __ | Other: _____ . |